UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES G. ROWLANDS,

      Plaintiff,

vs.

Case No. 05-CV-72027
HON. GEORGE CARAM STEEH

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## JUDGMENT

Pursuant to the court's order of even date granting plaintiff's motion for summary judgment, and denying defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED that this matter is hereby REMANDED to defendant Commissioner of Social Security for further proceedings consistent with the court's order accepting Magistrate Steven Whalen's March 30, 2006 Report and Recommendation.

Dated at Detroit, Michigan, April 25, 2006.

                              DAVID J. WEAVER
                              CLERK OF THE COURT

                              BY: s/Josephine Chaffee
                                    DEPUTY COURT CLERK

CERTIFICATE OF SERVICE

Copies of this Judgment were served on the attorneys of record on April 25, 2006, by electronic and/or ordinary mail.

                              s/Josephine Chaffee
                              Deputy Clerk